94

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* ERNEST WILSON, Defendant-Appellant.

(No. 56662;

First District—October 19, 1972.

Opinion by Mr. JUSTICE DEMPSEY.

Gerald W. Getty, Public Defender, of Chicago, (Robert Morel Gray, Assistant Public Defender, of counsel,) for appellant.

CHARLES DAVIS, Plaintiff-Appellee, *v.* THE CITY OF CHICAGO, Defendant-Appellant—(TOFFENETTI BUILDING CORPORATION *et al.*, Defendants.)

(No. 56060;

First District—October 20, 1972.